IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


TRANSCONTINENTAL INSURANCE COMPANY ET AL


VS                              NO. 3:06CV00083 GH


RAINWATER CONSTRUCTION COMPANY LLC ET AL


## ORDER

The file in this case reflects that a complaint was filed May 18, 2006 but does not show that the plaintiff has served defendant Rickey J. Kitchen  with process, therefore failing to meet the requirements under the Federal Rules of Civil Procedure, with respect to Rule 4(c) requiring proof of service upon the defendants and (m) requiring a 120 day time limit for service of the summons and complaint.

IT IS ORDERED that the plaintiff through its counsel  serve the complaint on the defendant and file an affidavit of service on or before October 6, 2006.  If no affidavit is filed on or before October 6, 2006, an order of dismissal without prejudice will be entered by the Court for defendant Rickey J. Kitchen for failure to prosecute.

Dated: September 25, 2006

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK

BY:  /S/  Patricia L. Murray
COURTROOM DEPUTY CLERK