IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRANSCONTINENTAL INSURANCE
COMPANY, ET AL.                                                            PLAINTIFFS

vs.                              CASE NO. **3:06CV83GH**

RAINWATER CONSTRUCTION
COMPANY, ET AL.                                                            DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered this date, judgment is entered in favor of defendants and against plaintiffs.  The complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 12th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

-1-