IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRANSCONTINENTAL INSURANCE                                                   PLAINTIFFS
COMPANY and TRANSPORTATION
INSURANCE COMPANY

v.                                    No. 3:06CV00083 JLH

RAINWATER CONSTRUCTION
COMPANY, LLC, *et al*.                                                        DEFENDANTS

### ORDER

After reviewing the record in this case, including the opinion issued by the United States Court of Appeals for the Eighth Circuit, and after consulting with the parties, the Court has concluded that all of the issues in this case have been fully and finally resolved, and that no further action is needed. Therefore, the Clerk is directed to close this file.

IT IS SO ORDERED this 20th day of March, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE